UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mariya Yukhimiuna Ford

Write the full name of each plaintiff.

_____CV_____________
(Include case number if one has been assigned)

-against-

# COMPLAINT

Todd Blanche in his Offical capacity as acting Attorney General of United States; united States Department Of Justice Employing Component (Bureau Of prisons(FMC Carswell))

Do you want a jury trial?
☐ Yes ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

RECEIVED
SDNY DOCKET UNIT
2026 AUG 12 PM 2 33

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Title VII of the Civil Rights Act of 1964 as Amended and rehabilitation Act of 1973 Based on disability, discrimination, failure to Accommodate and discriminatory termination from federal Employment

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, ____________________________, is a citizen of the State of
(Plaintiff's name)

____________________________
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

____________________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, ~~Mariya Y Ford~~ (MK), is a citizen of the State of
(Defendant's name)

______________________________

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

______________________________.

If the defendant is a corporation:

The defendant, ______________________________, is incorporated under the laws of

the State of ______________________________

and has its principal place of business in the State of ______________________________

or is incorporated under the laws of (foreign state) ______________________________

and has its principal place of business in ______________________________.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| First Name | Middle Initial | Last Name |
|---|---|---|
| Mariya | Y | Ford |

Street Address: 312 Coldenham Rd

| County, City | State | Zip Code |
|---|---|---|
| Walden | NY | 12586 |

| Telephone Number | Email Address (if available) |
|---|---|
| 732-520 0113 | MariyayFord@Gmael.com |

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Todd Blanche

First Name Last Name

Acting Attorney General of the united states.

Current Job Title (or other identifying information)

U.S. Department of Justice 950 Pennsylvania ave NW

Current Work Address (or other address where defendant may be served)

Washington DC 20530

County, City State Zip Code

Defendant 2:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 3:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 4: ______________________________

First Name Last Name

______________________________

Current Job Title (or other identifying information)

______________________________

Current Work Address (or other address where defendant may be served)

______________________________

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Federal Medical center FMC Carswell (BOP) (DOJ)

Date(s) of occurrence: 7-13-2023 - 8-31-2023 (8-31-23 - 12-22-2023)

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

- March 15th 2023 - I had surgery
- March 26 2023 first day on duty FMC Carswell
- July-13-2023 - 8-31-2023 (Placed into Awol Status (was unable to work due to Surgical complications medical paperwork was provided,

Discrimination under the rehabilitation act of 1973 7-13-23 - 8-31-23 (8-31-23 returned to duty) 12-1-23 put on admin leave, 12-22-23 fired for being in Awol Status. 7-13-23 - 8-31-23 Provided proof of medical absences, Submitted Memorandums to Warden, LT's, Captain and all memos were denied communicated and requests were denied - filed with MSPB but due to me being probationary was told its not in their juristricton.

later realized I was discriminated against and filed
eeo Complaint.
5-6-25 - Consoler sent notice to file
5-9-25 I recieved notice
5-29-25 - filed notice (didn't file within 15 day period.
9-16-25 BOP issued final agency decision for dismissal due to
untimely filing.
I submitted an appeal with OFO.
5-19-2026 EEOC issued Appeal 2026000650 and affirmed
agency decision for dismissal.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

As a result of termination and alleged discrimination I suffered
loss of employment, wages, benefits, financial hardship, Emotional distress
loss of my marriage

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I request reinstatement to an appropriate position, Back pay
and lost benefits from the date of my termination Compensatory
damages as permitted by law, Attorney fees if any and any other
costs if applicable, any other equitable of monetary relief the
court determines appropriate, clean not tarnished federal
employment record.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

8-12-2026 — Dated

Mariya Ford — Plaintiff's Signature

Mariya — First Name; Y — Middle Initial; Ford — Last Name

312 Coldenham Rd — Street Address

Walden — County, City; NY — State; 12586 — Zip Code

732-520 0113 — Telephone Number

MariyayFord@gmail.com — Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.